UNITED STATES of America,
Plaintiff—Appellee,

v.

**Jeffrey VINCENT, Defendant— Appellant.**

**No. 09–10117.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed March 31, 2010.

Beverly Wee Sameshima, Assistant U.S., USH—Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Alexander Silvert, Assistant Federal Public Defender, FPDHI—Federal Public Defender's Office, Honolulu, HI, Jeffrey Vincent, USP—U.S Penitentiary, Pollock, LA, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Jeffrey Vincent appeals from the district court's denial of his 18 U.S.C. § 3582(c)(2) motion to modify his sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Aikens' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief, and the Government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

All pending motions are denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).